STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                              )    No. CR 12- 000705-YGR
                 Plaintiff,          )
                                              )    STIPULATION TO CONTINUE; ORDER
vs.                                       )    CONTINUING CASE AND EXCLUDING
                                              )    TIME UNDER THE SPEEDY TRIAL ACT
ALONZO JUAN HERNANDEZ,     )
                                              )
                 Defendant.        )
_____ )

      IT IS HEREBY STIPULATED, by and between the parties to this action, that the MOTIONS/TRIAL SETTING HEARING date of November 29, 2012 presently scheduled at 2:00 p.m., before the Honorable Yvonne Gonzales Rogers, be vacated and re-set for January 10, 2013 at 2:00 p.m. for TRIAL OR MOTIONS SETTING OR DISPOSITION HEARING.

      The primary reason for this request is that defense counsel is continuing to review discovery and investigate this case. This case will require significant investigation, as well as conference between the parties. The allegations in this case are serious, and the sentencing exposure may depend on records located in various local jurisdictions as well as other factual investigation. Several hundred pages of discovery were recently produced and have yet to be reviewed. Further, defense counsel will be transferring this case to new counsel as of November

1

30, 2012, due to family leave. New counsel will thus need time to familiarize herself with the case.

The parties agree and stipulate that the time until January 10, 2013 should be excluded, under 18 U.S.C. §3161(H)(7)(A) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts.

Date    11/28/12            /s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant STEPHENS

Date    11/28/12            /s/
James Mann
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
Counsel for Defendant Hernandez

1 | ORDER

2 The court finds that the ends of justice served by the granting of the continuance
3 outweigh the bests interests of the public and the defendant in a speedy and public trial. The
4 continuance is necessary to accommodate counsel's preparation efforts and the continuity of
5 defense counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-
6 captioned matter be continued to January 10, 2013 at 2:00 p.m., and that time be excluded from
7 the date of this order to January 10, 2013 pursuant to 18 U.S.C. §§3161(h)(7)(A).

9 | IT IS SO ORDERED.

12 | November 29, 2012
Date

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE